IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 3:11-2028 |
| | ) | |
| vs. | ) | |
| | ) | |
| ULYSSES WILLIAMS | ) | |
| GEORGE WILLIAMS | ) | |
| JAMAL GAINES | ) | |
| XAVIER PINCKNEY | ) | |

### MOTION TO SEAL COMPLAINT AND ACCOMPANYING AFFIDAVIT

On September 28, 2011, United States Magistrate Paige Gossett signed a Complaint on the above named defendants. The government respectfully requests that the Complaint, Affidavit, and Arrest Warrants be filed under seal until such time as the defendants are arrested. The purpose of this request is to avoid the defendants learning of the existence of these charges prior to their arrest.

The Government would further request that this motion, order to seal and all documents be filed under seal. The government requests leave to serve a copy of the arrest warrant on the defendant.

Respectfully Submitted,

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: s/Winston D. Holliday, Jr.
    Winston D. Holliday, Jr. (#7597)
    Assistant U.S. Attorney

Columbia, South Carolina

September 28, 2011